Argued before BOOKSTAVER and BISCHOFF, JJ.
L. McLaughlin, for appellant.   Jos. Stein, for respondent.
No opinion.   Ordered that the judgment be affirmed, with costs.

---

SHANAHAN, Respondent, v. MAHONY, Appellant.

(Common Pleas of New York City and County, General Term.   April 28, 1892.)

Appeal from first district court.
Action by Daniel Shanahan against John Mahony.
Argued before BOOKSTAVER and BISCHOFF, JJ.
No opinion.   Ordered that the judgment be affirmed, with costs.

---

UNITED STATES ELECTRIC LIGHT & POWER Co., Appellant, v. MAVER-
NICK, Respondent.

(Common Pleas of New York City and County, General Term.   April 28, 1892.)

Appeal from first district court.
Action by the United States Electric Light &. Power Company against
Brewster Mavernick.
Argued before BOOKSTAVER and BISCHOFF, JJ.
No opinion.   Ordered that the judgment be affirmed, with costs.

---

WISSMAN, Respondent, v. PEOPLE'S COLD STORAGE Co., Appellant.

(Common Pleas of New York City and County, General Term.   April 28, 1892.)

Appeal from seventh district court.
Action by Charles Wissman against the People's Cold Storage Company.
Argued before BOOKSTAVER and BISCHOFF, JJ.
No opinion.   Ordered that the judgment be reversed, new trial ordered,
costs to appellant to abide the event.

---

PEOPLE ex rel. CONKLIN v. PURROY et al., Police Commissioners.

(Common Pleas of New York City and County, General Term.   May 2, 1892.)

Certiorari on the relation of James Conklin to review the decision of Henry
D. Purroy and others, constituting the board of police commissioners.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
L. J. Grant, for relator.   W. H. Clark, for respondents.
No opinion.   Writ of certiorari dismissed, and judgment dismissing relator
from the police force affirmed.   See 17 N. Y. Supp. 950.

---

HEIM, Respondent, v. ROY, Appellant.

(Common Pleas of New York City and County, General Term.   May 3, 1892.)

Argued before BOOKSTAVER and BISCHOFF, JJ.
O. J. Hochstadler, for appellant.   C. J. Hardy, for respondent.
No opinion.   Motion to dismiss appeal granted, with costs.

---

MAY, Respondent, v. SCHONFELDT, Appellant.

(Common Pleas of New York City and County, General Term.   May 4, 1892.)

Action by Henrietta May against Edwin Schonfeldt.
Argued before DALY, C. J., and BISCHOFF, J.
W. G. McCrea, for appellant.   B. F. Gerding, for respondent.
No opinion.   Motion to dismiss appeal for nonservice of printed papers
granted.